# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
DIANE PARNES,
        Plaintiff

   --against--

ANDRES VAZQUEZ and AMERICAN ADVISORS
GROUP, INC.,                                   2:20-CV-01286-JMA-SIL

        Defendants.
-------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2020, the Motion for Default Judgment and Affirmation in Support of Motion for Default Judgment with exhibits were served by U.S. mail by depositing a true and correct copy of the same enclosed in a post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, addressed to defendant, Andres Vazquez, 13340 SW 29 Avenue, Ocala, Florida, 34473-7813.

Dated: June 19, 2020
       Melville, New York

                                                                             Sloan J. Zarkin