# EXHIBIT 1

# LAW OFFICES OF STEPHEN R. STERN, P.C.

68 SOUTH SERVICE ROAD
SUITE 100
MELVILLE, NEW YORK 11747

TELEPHONE (631) 393-2600
TELECOPIER (631) 414-7774

STEPHEN R. STERN, P.C.
SLOAN J. ZARKIN

January 27, 2021

Via U.S. Mail
Mr. Andres Vazquez
13340 SW 29th Avenue
Ocala, Florida 34473-7813

      Re: *Parnes v. Vazquez*
         20-CV-1286(JMA)(SIL)

Dear Mr. Vazquez:

As you are aware, this office represents Diane Parnes. On December 22, 2020, the United States District Court for the Eastern District of New York entered an Order in the above-referenced action which provided you were to sign a deed transferring the property located at 242 Mark Tree Road, Centereach, NY 11720 to our client Ms. Parnes. A copy of this Order was served on you and is enclosed again for your ready reference.

Also enclosed please find the following documents for your signature:

1. Bargain and Sale Deed;

2. Form RP-5217; and

3. TP 584.

Each document has been marked with a post it as to where you need to sign or provide information.

Please complete and sign each document upon receipt and return them to our office by no later than Monday, February 8, 2021. If the enclosed are not returned in accordance with the Order of the Court, you will leave us with no option other than to seek penalties for civil contempt.

              Very truly yours,

              Stephen R. Stern

cc: Enclosures